Meredith M. Wilkes (*pro hac vice*)
mwilkes@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44011
Telephone: (216) 586-7231

Michelle Stover (State Bar No. 272817)
mstover@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939

Attorneys for Plaintiff
DECKERS OUTDOOR CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deckers Outdoor Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Clickcorp Pty. Ltd., Igor Fenster, an individual, Janne Fenster, an individual, and Alexander Tsintsiper, an individual, d/b/a Snug Australia, d/b/a Chic Empire; d/b/a UGG Warehouse, also d/b/a Clickcorp d/b/a UGG Store d/b/a Wild Bags Australia and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-08109 (MMM) |

**ORDER OF INJUNCTION AND CONSENT DECREE**

IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1)　Before the Court is Plaintiff, Deckers Outdoor Corporation's ("Deckers") Complaint asserting design patent infringement, trademark infringement, trademark counterfeiting, trademark

ORDER OF INJUNCTION AND CONSENT DECREE

dilution, and related unfair competition and deceptive trade practices claims against Defendant Clickcorp Pty. Ltd., ("Defendant")

(2) Without the taking of any testimony, the parties are hereby willing to enter the following consent judgment and order of injunction. On the basis of the materials submitted to the Court, the Court enters the following PERMANENT INJUNCTION to take effect immediately:

(3) Defendant, its respective agents, employees, officers and other persons who are in active concert or participation with it who receive actual notice of this Order by personal service or otherwise, are permanently ENJOINED from:

(a) Infringing, directly or contributorily, in any manner the trademarks owned by Deckers set forth in Exhibit A, which is attached hereto and by this reference made a part of this Order, including the trademark UGG®, and as a stylized version of its UGG® trademark, as well as the marks shown in United States Trademark Registration No. 3,050,925; United States Trademark Registration No. 3,360,442; United States Trademark Registration No. 3,624,595; and/or the UGG® trademark in stylized form (collectively, the "Deckers Trademarks"), including, but not limited to:

(i) Offering to sell, selling, causing to be sold, advertising, or distributing any unauthorized product in the United States that bears the Deckers Trademarks;

(ii) Engaging in any other activity in, or directed at the United States, that infringes the Deckers Trademarks including infringing by distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any unauthorized products, including, but not limited to, footwear and related merchandise, bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Deckers Trademarks;

  (b) Taking any act which would infringe Deckers' '999 Patent (the '999 Patent") (a true and correct copy of which is attached hereto as Exhibit B and by this reference is herein incorporated) ;

  (c) Aiding, abetting, contributing to or otherwise assisting anyone from the acts enjoined of in this Order;

(4) This Order shall inure to the benefit of and shall be enforceable by Deckers and its successors and assigns as pertains to the Deckers Trademarks and the '999 Patent.

(5) Deckers stipulates that upon entry of this Permanent Injunction, it will not seek compensation from Defendant for any past infringement of the Deckers Trademarks or the '999 Patent, except on the terms set forth in the Settlement Agreement between Deckers and Defendant executed concurrently herewith.

WHEREFORE, this PERMANENT INJUNCTION shall take effect immediately, the parties to bear their own costs.

Dated this 5th day of June, 2012.
Los Angeles, California

/s/ Margaret M. Morrow
Margaret M. Morrow
United States District Court Judge

Agreed to by:

/s/
~~Leah Evert-Burks~~ THOMAS GARCIA
on behalf of Deckers Outdoor Corporation

and

3
CLI-1980409v1

/s/ _____
On behalf of Defendant Clickcorp Pty. Ltd.

# EXHIBIT A

| Country | Complete Mark | Class | Goods/Services | Appl. No. | Appl Date | Reg No. | Reg Date |
|---|---|---|---|---|---|---|---|
| USA | UGG | 25 | Men's, women's and children's footwear, | 78/976,129 | 1/21/2005 | 3,050,925 | 1/24/2006 |
| USA | UGG | 25 | Footwear, namely, sandals; clothing. | 78/551,479 | 1/21/2005 | 3,360,442 | 12/25/2007 |
| USA | UGG | 25 | Footwear; clothing, namely, sweaters, shirts, pants, shorts, skirts, coats, jackets, | 77/969,845 | 3/26/2010 | | |

# EXHIBIT B

US00D599999S

(12) **United States Design Patent**  (10) Patent No.: **US D599,999 S**
MacIntyre  (45) Date of Patent: ∗∗ **Sep. 15, 2009**

(54) **PORTION OF A FOOTWEAR UPPER**

(75) Inventor: Jennifer MacIntyre, Santa Barbara, CA (US)

(73) Assignee: Deckers Outdoor Corporation, Goleta, CA (US)

(∗∗) Term: 14 Years

(21) Appl. No.: 29/326,868

(22) Filed: Oct. 27, 2008

(51) LOC (9) Cl. .................................................. 02-99
(52) U.S. Cl. ........................... D2/970; D2/911; D2/946
(58) Field of Classification Search ................ D2/896, D2/909–915, 946, 970, 973, 974; 36/45, 36/50.1, 83, 3 A, 7.1 R, 113
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D125,568 S | * | 3/1941 | Hard ............................ D2/911 |
| D155,573 S | * | 10/1949 | Bingham ...................... D2/910 |
| D159,577 S | * | 8/1950 | Stromberg .................... D2/900 |
| D159,761 S | * | 8/1950 | Barron ......................... D2/910 |
| D227,197 S | * | 6/1973 | Fukuoka ...................... D2/910 |
| D319,332 S | * | 8/1991 | Itzkowitz ..................... D2/910 |
| D481,863 S | * | 11/2003 | Belley et al. ................. D2/970 |
| D529,269 S | * | 10/2006 | Belley et al. ................. D2/970 |
| D539,024 S |   | 3/2007 | Belley et al. |
| D581,140 S |   | 11/2008 | Earle |

FOREIGN PATENT DOCUMENTS

DE 40702148 8/2007
EP 00718002-0006 4/2007

OTHER PUBLICATIONS

UGG Australia, Bipster model, p. 1, Oct. 3, 2008.
UGG Australia, Henry model, p. 1, Oct. 3, 2008.
UGG Australia, Erin model, p. 1, Oct. 3, 2008.
UGG Australia, Cove model, p. 1, Oct. 27, 2008.
UGG Australia, Kona model, p. 1, Oct. 27, 2008.
Catalogue Moscow Shoes, summer 2006, p. 2 top center.
Steve Madden MISSYY Brown Suede boot. www.jildorshoes.com, Dec. 9, 2008.

* cited by examiner

Primary Examiner—Stella M Reid
Assistant Examiner—Rashida C McCoy
(74) Attorney, Agent, or Firm—Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a portion of a footwear upper, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a portion of a footwear upper showing my new design;
FIG. 2 is a side elevational view thereof;
FIG. 3 is an opposite side elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a rear elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

The broken lines in FIGS. 1–7 represent portions of the footwear that form no part of the claimed design. The broken line which defines the bounds of the claimed design forms no part thereof.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

U.S. Patent   Sep. 15, 2009   Sheet 4 of 6   US D599,999 S



FIG. 5



FIG. 4



FIG. 6

**U.S. Patent**  Sep. 15, 2009  Sheet 6 of 6  US D599,999 S



FIG. 7